NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

GLENNIS DEWAIN COMBS,  )
                       )
        Appellant,     )
                       )
v.                     )        Case No. 2D17-578
                       )
POLK COUNTY SHERIFF'S OFFICE )
ADMINISTRATIVE INVESTIGATIONS, )
                       )
        Appellee.      )
_____ )

Opinion filed April 27, 2018.

Appeal from the Circuit Court for Polk
County; Donald G. Jacobsen, Judge.

Glennis Dewain Combs, pro se.

Jason A. Reuter, Polk County Sheriff's
Office, Winter Haven, for Appellee.


PER CURIAM.


        Affirmed.


CASANUEVA, SILBERMAN, and SLEET, JJ., Concur.